# Tassey's Appeal.

The burden of proof is upon those objecting to the allowance of a claim evidenced by a note of the decedent, where decedent's signature to the note is admitted.

(Decided January 4, 1886.)

From a decree of the Orphans' Court of Allegheny County sustaining a claim against the estate of John Rowland, deceased. Affirmed.

*Bruce, Negley, & Shields,* and *S. A. McClung* for appellant.

*John Ewing Speer* for appellee.

PER CURIAM:

The main error alleged in this distribution is the allowance

NOTE.—Ordinarily, the burden of proof is upon the claimant against the decedent's estate. Heffner's Estate, 134 Pa. 436, 19 Atl. 693.

of a note given by John Rowland to the appellee for the sum of $4,689.42. The signature of the maker being admitted, the learned judge correctly held, the burden of proof was upon those making defense thereto. We have carefully examined the evidence and the opinion of the court reviewing the same. There is some conflict in the evidence, yet we think the weight of it preponderates in favor of the validity of the sum specified in the note, and justifies the conclusion at which the court arrived. The application for an issue was too late to meet with favor. It was not made until after all the evidence on both sides had been given on the rehearing.

Decree affirmed and appeal dismissed at the costs of the appellant.